IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jimmy Jenkins and Candice Roberts individually and on behalf of all persons similarly situated as class representative under Illinois Wage Laws and/or as Collective representative of the Collective as permitted under the Fair Labor Standards Act; Plaintiffs, vs. White Castle Management Company, D/B/A **White Castle System Inc.** Defendant. | ) ) ) ) CASE NO 12 CV 07273 ) ) The Honorable **Joan B. Gottschall** ) ) ) ) ) ) ) ) **JURY TRIAL DEMANDED** ) **ON ALL COUNTS** ) |

**PLAINTIFFS' MOTION FOR APPROVAL OF
AGREED AND/OR COURT RULED FLSA NOTICE**

NOW COMES the Plaintiffs, individually and on behalf of all others similarly situated, as class representatives, by and through their undersigned counsel of record, presents this Motion for Approval of the FLSA Notice and in so doing states the following:

**Facts Leading to This FLSA Notices**

1. On 1/9/15 this Court held an Oral Argument and Ruled on a Number of disputes between the Parties related to the FLSA Notice.. (Docket Documents 137).

2. As a result of the Court's Rulings, and/or Agreement among the parties, a Final Draft of the FLSA Notice has been drafted, and now is submitted for final Approval of this Court. (Plaintiffs attach a copy of the Proposed FLSA Notice to this Motion as Exhibit A).

1

WHEREFORE, Plaintiffs ask the court to:

1) Approve the Attached Final FLSA Notice (Exhibit A).

2) Other relief this Court finds Just and Necessary.

Dated: January 12, 2015

                        Respectfully submitted,

                        By:     -S-John C. Ireland
                                  John C. Ireland

                                  Attorney for the Plaintiff

The Law Office Of John C. Ireland
636 Spruce Street
South Elgin ILL 60177
  630-464-9675
Facsimile 630-206-0889         attorneyireland@gmail.com